NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE DIRECTV GROUP, INC.,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2010-5031

---

Appeal from the United States Court of Federal Claims in case no. 04-CV-1414, Judge Nancy B. Firestone.

---

**ON MOTION**

---

Before LOURIE, *Circuit Judge.*

**ORDER**

General Electric Company moves for leave to file a brief amicus curiae and for leave to file a supplemental appendix. The United States opposes. General Electric replies and requests that, if the court denies the motion for leave to file a supplemental appendix, the court accept its corrected amicus curiae brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) General Electric's motions for leave to file a brief amicus curiae and for leave to file a supplemental appendix are granted.

(2) General Electric's alternative request that the court accept its corrected amicus curiae brief is moot.

FOR THE COURT

**SEP 0 2 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Alexander F. Wiles, Esq.
    C. Coleman Bird, Esq.
    Richard D. Bernstein, Esq.

s17

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 2 2010

JAN HORBALY
CLERK